# ALABAMA COURT OF CRIMINAL APPEALS



January 5, 2024

**CR-2022-0643**
P.H.T. v. State of Alabama (Appeal from Mobile Circuit Court: CC-20-1674)

## <u>NOTICE</u>

You are hereby notified that on January 5, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk